IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC, | : : : | Chapter 11 Case No. 20-10343-LSS (Jointly Administered) |
| Debtors. | : : | |
| NATIONAL UNION FIRE INSURANCE, COMPANY OF PITTSBURGH, PA, *et al*, | : : : | Civ. No. 22-1237-RGA (Lead Case) |
| Appellants, v. BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC, *et al.*, Appellees. | : : : : : : : : : : | Civ. Nos. 22-1238-RGA, 22-1239-RGA, 22-1240-RGA, 22-1241-RGA, 22-1242-RGA, 22-1243-RGA, 22-1244-RGA, 22-1245-RGA, 22-1246-RGA, 22-1247-RGA, 22-1249-RGA, 22-1250-RGA, 22-1251-RGA, 22-1252-RGA, 22-1258-RGA, & 22-1263-RGA (Consolidated) |

## ORDER

For the reasons set forth in the accompanying Opinion, it is hereby ORDERED:

1. The Motion to Supplement the Record (D.I. 123) is hereby DENIED.

2. The Supplemental Findings of Fact and Conclusions of Law, dated September 8, 2022 (D.I. 1-1) ("Confirmation Order"), is hereby AFFIRMED.

3. The Clerk is directed to CLOSE lead case Civ. No. 22-1237-RGA along with the consolidated cases.

Entered this 27th day of March, 2023.

_/s/ Richard G. Andrews_
United States District Judge