In re:  BOY SCOUTS OF AMERICA; DELAWARE BSA LLC,

        Debtors


      Traders and Pacific Insurance Company; Endurance American Specialty Insurance

        Company; Endurance America Insurance Company,


        Appellants