

April 11, 2023

**VIA E-MAIL**

**Marla S. Benedek**
Direct Phone   302-295-2024
Direct Fax      302-250-4498
mbenedek@cozen.com

Patricia S. Dodszuweit
Clerk of Court
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re:   *National Union Fire Ins. Co. of Pittsburg, PA, et al. v. Boy Scouts of America, et al.*
       **U.S. Court of Appeals for the Third Circuit**

Dear Patricia:

Cozen O'Connor represents Appellants Traders and Pacific Insurance Company, Endurance American Insurance Company, and Endurance American Specialty Insurance Company, which filed an appeal on April 10, 2023.[1]  We write to inform the Court that we agree with and, to the extent permissible, join and incorporate the *Emergency Motion of Insurers for a Stay Pending Appeal and a Temporary Stay While the Court Rules on the Motion*, submitted by email on April 10, 2023 by appellants National Union Fire Insurance Company of Pittsburgh, PA, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania.

We are not yet able to formally join the motion because the appeals, which have been filed on an emergency basis, have not yet been procedurally consolidated under a single docket number as they were in the district court.  A separate conforming motion can be filed for the Court's convenience upon request.  Should you have any questions or comments, please do not hesitate to contact me.

Sincerely,

Marla S. Benedek

cc:   All counsel (*via Email*)

---

[1] *See National Union Fire Insurance Co. of Pittsburgh PA, et al. v. Boy Scouts of America and Delaware BSA, LLC, et al.*, No. 1:22-cv-1237-RGA (D. Del.) [Dkt. No. 191].

LEGAL\62795958\1