UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-022

**Nos. 23-1664, 23-1665, 23-1666, 23-1667, 23-1668, 23-1669, 23-1670, 23-1671, 23-1672, 23-1673, 23-1674, 23-1675, 23-1676, 23-1677, 23-1678, & 23-1780**

In re: Boy Scouts of America and Delaware BSA LLC

Lujan Claimants,
Appellants is No. 23-1664

Liberty Mutual Insurance Company, The Ohio Casualty Insurance Company, Liberty Insurance Underwriters, Inc., and Liberty Surplus Insurance Corporation,
Appellants in No. 23-1665

D&V Claimants,
Appellants in No. 23-1666

The Continental Insurance Company and Columbia Casualty Company,
Appellants in No. 23-1667

National Union Fire Insurance Co. of Pittsburgh Pennsylvania, Lexington Insurance Company, Landmark Insurance Company, and The Insurance Company of the State of Pennsylvania,
Appellants in No. 23-1668

Indian Harbor Insurance Company,
Appellant in No. 23-1669

Old Republic General Insurance Group,
Appellant in No. 23-1670

Travelers Casualty and Surety Company, Inc., St. Paul Surplus Lines Insurance Company, and Gulf Insurance Company,
Appellants in No. 23-1671

Great American Assurance Company and Great American E&S Insurance Company
Appellants in No. 23-1672

Allianz Global Risks US Insurance Company, National Surety Corporation, and Interstate Fire & Casualty Company,
Appellants in No. 23-1673

Argonaut Insurance Company and Colony Insurance Company
Appellants in No. 23-1674

Gemini Insurance Company,
Appellant in No. 23-1675

General Star Indemnity Company,
Appellant in No. 23-1676

Arrowood Indemnity Company,
Appellant in No. 23-1677

Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company
Appellants in No. 23-1678

Arch Insurance Company,
Appellant in No. 23-1780

(D. Del. No. 1-22-cv-01237)

Present: PORTER, Circuit Judge

1. Motion for Leave to file an Amicus Brief by Mary Jeanne Stover;

2. Appellees' Response in Opposition to Motion for Leave to file Amicus Brief

Respectfully,

Clerk

## ORDER

The foregoing motion is **DENIED.**

By the Court,

s/David J. Porter
Circuit Judge

Dated: December 21, 2023
Sb/cc:　All Counsel of Record